1  HAYNES AND BOONE, LLP
2  Tamara I. Devitt/Bar No. 209683
     tamara.devitt@haynesboone.com
3  Matthew E. Costello/Bar No. 295062
     matthew.costello@haynesboone.com
4  600 Anton Boulevard, Suite 700
5  Costa Mesa, California 92626
   T: (949) 202-3000 | F: (949) 202-3001
6
7  Attorneys for Defendant
   NEDAP INC.
8

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| THAO PHAM, | Case No. 8:20-cv-00290 JLS (JDEx) |
|---|---|
| Plaintiff, | Assigned to: Hon. Josephine L. Staton |
| v. | **NOTICE OF SETTLEMENT AND STIPULATION TO STAY ALL CASE DEADLINES** |
| NEDAP INC., a Delaware corporation; and DOES 1 through 10, | |
| Defendants. | |

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that, following mediation with Joel Grossman, Esq. of JAMS on October 13, 2020, and post-mediation negotiations facilitated by Mr. Grossman, Plaintiff Thao Pham and Defendant Nedap Inc. have reached a settlement of the above-entitled action as to all parties, claims, and counterclaims as of the date of this Notice.

Per Section 19 of the Court's Procedures, and in light of the parties' settlement, the parties jointly request, by and through their counsel of record, that the Court stay all further proceedings and deadlines as of the date of this Notice pending a stipulation of dismissal by the parties, which the parties anticipate will be filed within approximately 30 days of this Notice. The purpose of the requested stay is to allow the parties to finalize the final, written terms of their settlement.

Date: October 15, 2020

MATHEW & GEORGE
By: */s/ Sang Park*
Sang Park
Attorneys for Plaintiff and Counter-defendant THAO PHAM

Date: October 15, 2020

HAYNES AND BOONE, LLP
By: */s/ Matthew E. Costello*
Matthew E. Costello
Attorneys for Defendant and Counterclaimant NEDAP INC.

### CM/ECF ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing thereof, including the proposed order filed concurrently herewith.

Date: October 15, 2020

*/s/ Matthew E. Costello*
Matthew E. Costello