HAYNES AND BOONE, LLP
Tamara I. Devitt/Bar No. 209683
  tamara.devitt@haynesboone.com
Matthew E. Costello/Bar No. 295062
  matthew.costello@haynesboone.com
600 Anton Boulevard, Suite 700
Costa Mesa, California 92626
T: (949) 202-3000 | F: (949) 202-3001

Attorneys for Defendant
NEDAP INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAO PHAM,<br><br>      Plaintiff,<br><br>v.<br><br>NEDAP INC., a Delaware corporation; and DOES 1 through 10,<br><br>      Defendants. | Case No. 8:20-cv-00290 JLS (JDEx)<br><br>Assigned to:<br>Hon. Josephine L. Staton,<br>United States District Judge<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

**TO THE HONORABLE COURT:**

The parties to this action, by and through their respective counsel of record, and pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), hereby stipulate to a dismissal with prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear his or its own attorney's fees and costs.

Date: November 25, 2020         MATHEW & GEORGE

                                By:  /s/ Sang Park
                                     Sang Park
                                     Attorneys for Plaintiff and Counter-
                                     defendant THAO PHAM

Date: November 25, 2020         HAYNES AND BOONE, LLP

                                By:  /s/ Matthew E. Costello
                                     Matthew E. Costello
                                     Attorneys for Defendant and
                                     Counterclaimant NEDAP INC.

## CM/ECF ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing thereof, including the proposed order filed concurrently herewith.

Date: November 25, 2020

                                /s/ Matthew E. Costello
                                Matthew E. Costello